

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00111-CV

_____

TIFFINEY COTTLEDGE, Appellant

V.

JAMES ROBERSON, D/B/A ROBERSON'S REMODELING
AND ROOFING, Appellee

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court No. 10-13682

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Tiffiney Cottledge, appellant, filed her notice of appeal[1] July 28, 2011.

Cottledge is not indigent. Therefore, Cottledge is responsible for payment of the clerk's record, reporter's record, and filing fee. *See* TEX. R. APP. P. app. C (B)(1); 20.1.

The clerk's record was due on or before November 8, 2011. There is no information to indicate Cottledge has made efforts to have the clerk's record filed with this Court. Further, Cottledge has not paid the filing fee. On December 8, 2011, we contacted Cottledge by letter, giving her an opportunity to cure the various defects, and warning her that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Cottledge. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.

                                        Josh R. Morriss, III
                                        Chief Justice

Date Submitted:     January 4, 2012
Date Decided:       January 5, 2012

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.